IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| APRIL BUTLER, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO.: |
| DOLLAR GENERAL CORP. | ) 2:07-CV-994-WC |
| Defendant. | ) |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant Dolgencorp, Inc.[1] ("Defendant" or "Dolgencorp"), by and through its undersigned counsel, states that Dolgencorp is a wholly owned subsidiary of Dollar General Corporation, a publicly traded company (NYSE: DG). Dollar General Corporation is the ultimate parent company.

Respectfully submitted,

s/Christopher W. Deering
Bar No.: ASB-5555-I71C

s/Ryan M. Aday
Bar No.: ASB-3789-A54A

Christopher W. Deering, Esq.
Ryan M. Aday, Esq.

---

[1] Defendant Dollar General Corporation was not Plaintiff's employer and, therefore, is incorrectly named in the Complaint. Plaintiff's employer was Dolgencorp, Inc.

                    **Ogletree, Deakins, Nash,**
                         **Smoak & Stewart, P.C.**
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 328-1900
Facsimile: (205) 328-6000
E-mail: christopher.deering@odnss.com
E-mail: ryan.aday@odnss.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Angela Hill – ajhill_law@bellsouth.net

                                s/Ryan M. Aday
                                Ryan M. Aday
                                Attorney for Defendant,
                                Dolgencorp, Inc.