IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| April Butler, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 07-CV-994 |
| ) | |
| Dollar General Corporation, ) | |
| ) | |
|     Defendant, ) | |

**CONFLICT DISCLOSURE STATEMENT**

    COMES NOW April Butler, a [Plaintiff] in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    [X]    ***This party is an individual***, or

    [ ]    This party is a governmental entity, or

    [ ]    There are no entities to be reported, or

    [ ]    The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |

| | |
|---|---|
| 12/12/2007 | /s/Angela Hill |
| Date | Counsel Signature |
| | |
| | April Butler |
| | Counsel for (print names of all parties) |
| | |
| | 139 S. Broadnax St., Dadeville, AL 36853 |
| | Address, City, State Zip Code |
| | |
| | 256-825-8251 |
| | Telephone Number |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**CERTIFICATE OF SERVICE**

I, Angela Hill, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 12th day of December 2007, to:

Christopher Deering, Christopher.deering@ogletreedeakins.com

Ryan M. Aday ryan.aday@ogletreedeakins.com

_____

_____

| | |
|---|---|
| 12/2007 | /s/Angela Hill |
| Date | Signature |