IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| APRIL BUTLER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NUMBER: ) ) 2:07-CV-994-WC |
| DOLLAR GENERAL CORP. | ) ) |
| Defendant. | ) |

### REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held by telephone on January 23, 2008, and was attended by Angela Hill on behalf of the plaintiff and Ryan M. Aday on behalf of the defendant.

2. <u>Pre-Discovery Disclosures</u>. The parties will exchange by **February 18, 2008**, the information required by Local Rule 26.1.

3. <u>Discovery Plan</u>. The parties jointly propose to the court the following discovery plan:

   a. Discovery will be needed as to plaintiff's claims and defendant's defenses:

   b. All discovery commenced in time to be completed by **January 16, 2009**.

   c. Maximum of 25 interrogatories by each party to any other party. Responses due 30 days after service.

   d. Maximum of 30 requests for production by each party to any other party. Responses due 30 days

   e. Maximum of 25 requests for admission by each party to any other party. Responses due 30 days after service.

  e. Maximum of 8 depositions by plaintiff and 8 by defendant.

  f. Each deposition limited to a maximum of 7 hours (except plaintiff's deposition and any 30(b)(6) deposition, which are limited to 8 hours) unless extended by agreement of parties.

  g. Reports from retained experts under Rule 26(a)(2) due:

   from plaintiff by **August 15, 2008**;

   from defendant by **September 19, 2008**.

  h. Supplementation under Rule 26(e) due by 60 days prior to discovery cutoff.

4. <u>Other items</u>. The parties do not request a conference with the court before entry of the scheduling order.

  a. The parties request a pretrial conference after any dispositive motions have been ruled upon.

  b. Plaintiff should be allowed until **June 13, 2008,** to join additional parties and amend the pleadings.

  c. Defendant should be allowed until **July 25, 2008,** to join additional parties and amend the pleadings.

  d. All potentially dispositive motions should be filed by **December 16, 2008** .

  e. Settlement cannot be evaluated prior to the completion of substantive discovery. Evaluation of the suitability of this case for mediation under the Alternative Dispute Resolution Plan cannot be made until discovery has taken place.

  f. Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

   from plaintiff by 30 days prior to trial;

   from defendant by 30 days prior to trial.

g.  Parties should have 10 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

h.  The case should be ready for trial by **April 2009** and at this time is expected to take approximately 3 days.

Date: January 24, 2008.

Respectfully submitted,

/s/ Ryan M. Aday
Christopher W. Deering
Ryan M. Aday
**Ogletree, Deakins, Nash,
    Smoak & Stewart, P.C.**
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 328-1900
Facsimile: (205) 328-6000
E-mail: christopher.deering@odnss.com
          ryan.aday@odnss.com

*Attorneys for Defendant*

/s/ Angela Hill
Angela Hill
139 S. Broadnax St.
Dadeville, Alabama 36853
Phone: (256) 825-8251
Facsimile: (205) 825-8201
E-Mail: ajhill_law@bellsouth.net

*Attorney for Plaintiff*

1842690-1