## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| APRIL BUTLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO.: |
| | ) | |
| DOLLAR GENERAL CORP. | ) | 2:07-CV-994-WC |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

## MOTION FOR LEAVE TO FILE AMENDED ANSWER

COMES NOW Defendant Dolgencorp, Inc.[1] ("Dolgencorp"), incorrectly named in the complaint as "Dollar General Corporation" and files its Motion for Leave to Amend its previously filed Answer. The Amended Answer is attached hereto as Exhibit "A." In support hereof, Dolgencorp states as follows:

1.    Attached hereto as Exhibit "A" is an Amended Answer which includes one additional affirmative defense based on discovery undertaken thus far in this case.

2.    The deadline for Dolgencorp to file a Motion to Amend Pleadings is July 25, 2008. Accordingly, this Motion for Leave to Amend is timely and will not prejudice Plaintiff.

---

[1] Defendant Dollar General Corporation was not Plaintiff's employer and, therefore, is incorrectly named in the Complaint. Plaintiff's employer was Dolgencorp, Inc. (Dolgencorp), and, accordingly, Defendant's answers are on behalf of Dolgencorp. Understanding that Dollar General Corporation denies it was ever Plaintiff's employer, Dollar General Corporation otherwise adopts this amended answer to the extent it is necessary to do so.

WHEREFORE, PREMISES CONSIDERED Dolgencorp respectfully requests that this Court enter an Order granting its Motion and allowing Dolgencorp to file its Amended Answer, which is attached hereto as Exhibit "A".

Respectfully submitted,

s/Christopher W. Deering
Bar No.: ASB-5555-I71C

s/Ryan M. Aday
Bar No.: ASB-3789-A54A

Christopher W. Deering, Esq.
Ryan M. Aday, Esq.

**Ogletree, Deakins, Nash,
Smoak & Stewart, P.C.**
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 328-1900
Facsimile: (205) 328-6000
E-mail: christopher.deering@odnss.com
E-mail: ryan.aday@odnss.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Angela Hill – ajhill_law@bellsouth.net

s/Ryan M. Aday
Ryan M. Aday
Attorney for Defendant,
Dolgencorp, Inc.

# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

APRIL BUTLER,                          )
                                       )
    Plaintiff,                     )
                                       )
vs.                                    )          CIVIL ACTION NO.:
                                       )
DOLLAR GENERAL CORP.                   )          2:07-CV-994-WC
                                       )
    Defendant.                     )
                                       )
                                       )
                                       )

## AMENDED ANSWER OF DEFENDANT DOLGENCORP, INC.

COMES NOW Defendant Dolgencorp, Inc.[1] ("Dolgencorp"), incorrectly named in the complaint as "Dollar General Corporation" and amends its previously filed Answer to include the following affirmative defense:

## TWENTIETH DEFENSE

Plaintiff's claims are barred pursuant to the doctrines of res judicata and/or collateral estoppel.

---

[1] Defendant Dollar General Corporation was not Plaintiff's employer and, therefore, is incorrectly named in the Complaint. Plaintiff's employer was Dolgencorp, Inc. (Dolgencorp), and, accordingly, Defendant's answers are on behalf of Dolgencorp. Understanding that Dollar General Corporation denies it was ever Plaintiff's employer, Dollar General Corporation otherwise adopts this amended answer to the extent it is necessary to do so.

Respectfully submitted,

s/Christopher W. Deering
Bar No.:  ASB-5555-I71C

s/Ryan M. Aday
Bar No.:  ASB-3789-A54A

Christopher W. Deering, Esq.
Ryan M. Aday, Esq.

**Ogletree, Deakins, Nash,**
**    Smoak & Stewart, P.C.**
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone:  (205) 328-1900
Facsimile:  (205) 328-6000
E-mail: christopher.deering@odnss.com
E-mail: ryan.aday@odnss.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Angela Hill – ajhill_law@bellsouth.net

s/Ryan M. Aday
Ryan M. Aday
Attorney for Defendant,
Dolgencorp, Inc.