IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| APRIL BUTLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO.: |
| | ) | |
| DOLLAR GENERAL CORP. | ) | 2:07-CV-994-WC |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

## AMENDED ANSWER OF DEFENDANT DOLGENCORP, INC.

COMES NOW Defendant Dolgencorp, Inc.[1] ("Dolgencorp"), incorrectly named in the complaint as "Dollar General Corporation" and amends its previously filed Answer to include the following affirmative defense:

### TWENTIETH DEFENSE

Plaintiff's claims are barred pursuant to the doctrines of res judicata and/or collateral estoppel.

---

[1] Defendant Dollar General Corporation was not Plaintiff's employer and, therefore, is incorrectly named in the Complaint. Plaintiff's employer was Dolgencorp, Inc. (Dolgencorp), and, accordingly, Defendant's answers are on behalf of Dolgencorp. Understanding that Dollar General Corporation denies it was ever Plaintiff's employer, Dollar General Corporation otherwise adopts this amended answer to the extent it is necessary to do so.

Respectfully submitted,

s/Christopher W. Deering
Bar No.: ASB-5555-I71C

s/Ryan M. Aday
Bar No.: ASB-3789-A54A

Christopher W. Deering, Esq.
Ryan M. Aday, Esq.

**Ogletree, Deakins, Nash,
   Smoak & Stewart, P.C.**
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 328-1900
Facsimile: (205) 328-6000
E-mail: christopher.deering@odnss.com
E-mail: ryan.aday@odnss.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Angela Hill – ajhill_law@bellsouth.net

s/Ryan M. Aday
Ryan M. Aday
Attorney for Defendant,
Dolgencorp, Inc.